IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN THE MATTER OF THE REHABILITATION OF AMBAC ASSURANCE CORPORATION, <br> _____ <br> THEODORE K. NICKEL, COMMISSIONER OF INSURANCE OF THE STATE OF WISCONSIN, <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA, <br> Respondent. <br> _____ <br> UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WISCONSIN STATE CIRCUIT COURT FOR DANE COUNTY; <br> THEODORE K. NICKEL, COMMISSIONER OF INSURANCE OF THE STATE OF WISCONSIN, as Rehabilitator of the Segregated Account of Ambac Assurance Corporation; and <br> AMBAC ASSURANCE CORPORATION, <br> Defendants. | 10-cv-778-bbc <br><br> ORDER <br><br> (Dane Cty. Cir. Crt. Civil Case No.: 10 CV 1576) <br><br><br><br><br><br><br><br><br><br> 11-cv-99-bbc |

1

For the reasons stated in the court's memorandum entered in these cases on July 10, 2013, the opinions and orders entered in <u>In the Matter of the Rehabilitation of Segregated Account of Ambac Assurance Corp.</u>, Case No. 10-cv-778-bbc, dkt. #36, reported at 782 F. Supp. 2d 743, and on February 18, 2011, in <u>United States v. Wisconsin State Circuit Court for Dane County</u>, Case No. 11-cv-99-bbc, dkt. #42, reported at 767 F. Supp. 2d 980 are VACATED.

Entered this 15th day of July, 2013.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge